United States District Court
Southern District of Texas
FILED

MAR 09 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. **M-22-0387** |
| | § | |
| ANAID PACHECO | § | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 28, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ANAID PACHECO**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with B.G., a Customs and Border Protection Officer employed by the United States Department of Homeland Security, while said agent was engaged in or on account of the performance of her official duties, and said offense involved physical contact with Customs and Border Protection Officer.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY