65

| | | |
|---|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>9/28/2021/rs | United States District Court<br>Southern District of Texas<br>FILED<br>MAR 09 2022<br>Nathan Ochsner, Clerk | Criminal Docket |

McALLEN Division     CR. No. **M-22-0387**

**INDICTMENT**   Filed: 03/09/2022    Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2021R07689**

UNITED STATES OF AMERICA

Attorneys:
JENNIFER B. LOWERY, UNITED STATES ATTORNEY

v.

DEVIN WALKER, ASST. U.S. ATTORNEY

ANAID PACHECO --WARRANT--    Ct. 1

Charge(s):  Ct. 1:  Assaulting, resisting, or impeding certain officers or employees, Title 18, United States Code, Section 111(a)(1)

Total Counts **(1)**

Penalty:  Ct. 1:  Imprisonment for not more than 8 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:  Homeland Security Investigations - Matthew Shoemaker -MC05BE21MC0002

Proceedings

Date